No. 71–5790.  CANTY *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK.  C. A. 2d Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Perry* v. *Sindermann, ante,* p. 593; *Board of Regents of State Colleges* v. *Roth, ante,* p. 564; and *Lynch* v. *Household Finance Corp.,* 405 U. S. 538.

Mr. Justice Douglas would grant, vacate, and remand solely in light of *Lynch* v. *Household Finance Corp., supra.*